IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0737

IN THE MATTER OF

A.N.C. and J.M.C.,

    Youths in Need of Care

**ORDER**

    Upon consideration of Appellant Father, M.C.'s, motion to consolidate, and good cause appearing therefore, Appellant's motion is GRANTED and Cause Nos. DA 23-0737 and DA 23-0739 are hereby consolidated under Cause No. DA 23-0737 and henceforth captioned as above.

Electronically signed by:
Mike McGrath
ORDER
Chief Justice, Montana Supreme Court
February 7 2024